ACCEPTED
04-14-00533-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/28/2015 5:16:28 PM
KEITH HOTTLE
CLERK

No. 04-14-00533-CV

In the

# Fourth Court of Appeals

## at San Antonio

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/28/2015 5:16:28 PM
KEITH E. HOTTLE
Clerk

KENNETH W. ARTHUR, ET AL.,

*Appellants*,

v.

UVALDE COUNTY APPRAISAL DISTRICT,
ALBERT MIRELES, CHIEF APPRAISER,

*Appellees*.

On Appeal from the 38th District Court
of Uvalde County, Texas

## NOTICE OF APPEARANCE
## OF ADDITIONAL COUNSEL

Through this notice, the undersigned attorney (Don Cruse) is making an appearance as additional counsel for the appellees, Uvalde County Appraisal District and Albert Mireles, under Rule of Appellate Procedure 6.2.

Mr. Walker remains lead counsel for the appellees under Rule 6.1; this notice does not change that designation.

Respectfully submitted,

/s/ Don Cruse

Don Cruse
State Bar No. 24040744
LAW OFFICE OF DON CRUSE
1108 Lavaca Street, Suite 110-436
Austin, Texas 78701
[Tel.] (512) 853-9100
[Fax] (512) 870-9002
don.cruse@texasappellate.com

ADDITIONAL COUNSEL FOR APPELLEES

## CERTIFICATE OF SERVICE

I certify that on July 28, 2015, this **Notice of Appearance of Additional Counsel** was served on counsel of record electronically:

Benjamin R. Bingham
BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
*Lead Counsel for Appellants*

Albert M. Walker, Jr.
Hymeadow Woods, Suite 3-202
12325 Hymeadow Drive
Austin, Texas 78750
*Lead Counsel for Appellees*

/s/ Don Cruse
_____
Don Cruse